staring, that he swayed when he walked and slurred his speech, that he failed to understand how to take the horizontal gaze nystagmus test, and when he finally took it he failed it, and that he refused to take other tests and became belligerent. He also admitted to drinking four beers, and his own witness said he had drunk five beers in six hours.

This evidence was fully adequate to support the jury's determination that Mr. Vanosdol was guilty of driving while intoxicated. For these reasons, the judgment is affirmed.

RIEDERER, P.J. and LOWENSTEIN, J., concur.

1994, and driving while intoxicated, sections 577.010 and 577.023, RSMo 1994. On appeal, Movant claims his counsel was ineffective for failing to inform him that he would receive intensive supervised probation.

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Anthony BARNETT, Appellant,

v.

STATE of Missouri, Respondent.

No. 73621.

Missouri Court of Appeals,
Eastern District,
Division IV.

Aug. 18, 1998.

Tony OWENS–BEY, Appellant,

v.

STATE of Missouri, Respondent.

No. 73519.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1998.

Gwenda R. Robinson, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

ORDER

PER CURIAM.

Anthony Barnett (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief after Movant pleaded guilty to forgery, section 570.090.1, RSMo

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

ORDER

PER CURIAM.

Tony Owens–Bey (Movant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary